**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6637**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DWIGHT JEFFERS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., Chief District Judge.  (CR-92-155-D, CA-97-404-1)

_____

Submitted:  November 10, 1998      Decided:  December 15, 1998

_____

Before ERVIN and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Dwight Jeffers, Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwight Jeffers seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge. As the district court held, Jeffers was not prejudiced by counsel's assertedly erroneous advice. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Jeffers</u>, Nos. CR-92-155-D; CA-97-404-1 (M.D.N.C. Mar. 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>